# EXHIBIT "A"

DELTA OUTSOURCE GROUP

**Mailing Address:**
Delta Outsource Group, Inc.
PO Box 1210
O'Fallon, MO 63366-9010

| Telephone: | 1-800-979-3254 |
| --- | --- |
| WebSite: | www.deltaoutsourcegroup.com |

**Office Hours:**

| Monday – Thursday | 7:00 am-9:00 pm CT |
| --- | --- |
| Friday | 7:00 am-4:00 pm CT |
| Saturday | 8:00 am-12:00 pm CT |

July 17, 2017

**Reference Number:** ████8240
Patricia Ann Koehn
████████████████
Hortonville, WI 54944-9431

**Current Creditor:** OneMain Consumer Loan, Inc.
**Current Creditor Address:** PO Box 3251 Evansville, IN 47731
**Account Number:** XXXX7680
**Current Balance:** $2,034.03

The above account has been placed with our office for collection. The current balance is $2,034.03.

**This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from current creditor.**

Sincerely,
Delta Outsource Group, Inc.
1-800-979-3254

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

PO Box 1850
Southgate, MI 48195-0850

Reference Number: ███8240
Current Balance: $2,034.03

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
Patricia Ann Koehn
████████████████
Hortonville, WI 54944-9431

DOGI / 1B / 339014279576

2390 / 0002390 / 0009